UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIRKWOOD FLORIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:06-CV-1735 (CEJ) |
| | ) |
| TELEFLORIST, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

Because the parties failed to file a joint proposed scheduling plan, as required by this Court's order,

**IT IS HEREBY ORDERED** that the March 1, 2007 scheduling conference pursuant to Rule 16, Fed.R.Civ.P., is **cancelled**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 27th day of February, 2007.