UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIRKWOOD FLORIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:06-CV-1735 (CEJ) ) |
| TELEFLORIST, INC., | ) ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 1st day of March, 2007.